UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

**APR 2 7 2016**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| CANDIDA MARROQUIN MOBLEY, Defendant | § § § | **16 CR 0160** |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 19, 2015, in the Houston Division of the Southern District of Texas, and elsewhere,

**CANDIDA MARROQUIN MOBLEY,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States; to wit: the defendant contacted a Special Agent with the Drug Enforcement Administration and reported that Special Agent J. F. was "on the take" and received bribes in exchange for providing information. In fact, the Defendant knew that Special Agent J. F. had not received any bribes.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

Original Signature on File

KENNETH MAGIDSON
United States Attorney

By: _____
Sam Brown, IV
Assistant United States Attorney

By: _____
Ralph E. Imperato
Assistant United States Attorney